E-FILED
Wednesday, 29 November, 2006  04:12:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DOUBLE EAGLE ENERGY, INC., a Texas corporation registered to do business in Illinois<br><br>Plaintiff,<br><br>v.<br><br>DALE R. LOOS and LYNN S. LOOS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO: 3:06-cv-03275-RM-BGC<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Double Eagle Energy, Inc. furnishes the following in compliance with Rule 11.3 of this Court:

(1)  Double Eagle Energy, Inc.

(2)  (a)  Double Eagle Energy, Inc. has no parent corporation;

   (b)  there are no publicly held companies that have a financial interest in Double Eagle Energy, Inc.; and,

(3)  Brown, Hay & Stephens, LLP.

November 29, 2006

DOUBLE EAGLE ENERGY, INC., Plaintiff,

By:  s/ Eliott M. Hedin
BROWN, HAY & STEPHENS, LLP
Eliott M. Hedin
Registration No. 06273932
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Fax: (217) 241-3111
E-mail: ehedin@bhslaw.com