3:06-cv-03275-JES-BGC # 5-2 Page 1 of 2

E-FILED
Friday, 15 December, 2006 03:55:40 PM
Clerk, U.S. District Court, ILCD

Tuesday, 21 November, 2006
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois-Springfield Division

DOUBLE EAGLE ENERGY, INC.,

V.

DALE R. LOOS and LYNN S. LOOS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-3275

TO: (Name and address of Defendant)

Dale R. and Lynn S. Loos
231 2900 Street
Baylis, IL 62314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BROWN, HAY & STEPHENS, LLP
Scott C. Helmholz, Esq.
Eliott M. Hedin, Esq.
205 S. Fifth Street, Suite 700
Springfield, IL 62705-2459

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                              11/21/2006
CLERK                                          DATE

s/Christy Taylor
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12/12/06 |
| NAME OF SERVER (PRINT) L.A. LEWIS | TITLE PRIVATE INVEShgator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/12/06      _L A Lewis_
              Date           Signature of Server

          1008 MAINE St.
          Address of Server
          Quincy IL. 62301

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Request for private process service by:
**MIDWEST PROFESSIONAL INVESTIGATIONS, INC**
1008 MAINE P.O. BOX 46  QUINCY, IL 62306-0046
**TELEPHONE NUMBER 217-224-0757**

L.A. Lewis, Class A Private Detective License # 115-001363, Lynn Niewohner and Bill Niewohner, who hold valid Permanent Employee Registration Cards issued by the Illinois Department of Professional Regulations, on oath state they are agents for Midwest Professional Investigations, Inc., a Licensed Private Detective Agency #117-928

Circle the appropriate service requested:    (1- Summons)    2- Subpoena
                                              3- Citation     4- Other (explain)

Court Date: _20 days_

## INFORMATION

Address of person(s) to be served, place of employment, and other facts to expedite service and reduce mileage.

Lynn S. Loos
231  2900 St.
Baylis, IL 62314

ATTORNEY AND/OR FIRM NAME: Brown, Hay & Stephens, LLC
ADDRESS AND PHONE NUMBER: 205 S. 5th St, Suite 700
                          Springfield, IL 62705-2459
                          217-241-6832
DOCKET NUMBER: 06-3275

### TO BE COMPLETED BY MIDWEST PROFESSIONAL INVESTIGATIONS, INC.:

___ Personal Service       X Abode Service*       ___ Corporate Service*
                           HUSBAND                  Relationship / Title*
Person to whom the writ was read/served: DALE LOOS
Address: 231  2900 St.  BAYLIS, IL
Date served: 12/12/06    Time served: 754 AM    Date of Mailing: 12/13/06
Description of recipient: (Male)  Female   Race WHT   Approximate age: 60

Certified By:
Investigator L.A. Lewis:  _LA Lewis_  I.D. # 100
Investigator Lynn Niewohner: _____ I.D. # 101
Investigator Bill Niewohner: _____ I.D. # 102

Date & time received: NOV 29 2006    Date & time returned: 12/13/06

___ No Charge: We were unable to locate the above named on _____
___ Finders Fee: New Address: _____

Emergency Service Fee $ _____    Total Service Fee $ 30.00