E-FILED
Monday, 08 January, 2007   01:05:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DOUBLE EAGLE ENERGY, INC., a Texas Corporation registered to do business in Illinois, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | )   CASE NO. 06-3275 |
| DALE R. LOOS AND LYNN S. LOOS, | )<br>)<br>) |
| Defendants. | ) |

## MOTION TO DISMISS

### COUNT I

Now comes Defendants, Dale R. Loos and Lynn S. Loos, by their attorney, Robert K. Adrian, and moves this Honorable Court to dismiss the Complaint filed herein for lack of jurisdiction and support thereof states as follows:

1. That Plaintiff's Complaint alleges jurisdiction in that the controversy exceeds the sum of Seventy-five Thousand ($75,000.00) Dollars.

2. That Plaintiff's allege that Defendants own an undivided one-half interest in the Oil and Gas Lease under the premises described in the Loos Lease attached to the Plaintiff's Complaint as Exhibit 1.

3. That Plaintiff alleges that Raymond William Myers is the sole owner of the other undivided one half interest of the Oil and Gas rights under the Loos premises.

4. That Raymond William Myers sold his undivided one half interest to Robert S. Gilmore and Daisy C. Gilmore on November 25, 2006 as shown by the Warranty Deed attached hereto as "Exhibit 1".

5. That there exists a statute 35 ILCS 200/31-45 (e) which provides for the exemption of deeds from the Illinois Transfer Tax for transactions where the actual consideration is less than one hundred ($100.00) Dollars.

6. That said statute was formerly known as 35 ILCS 305/4 paragraph E.

7. That on November 28, 2006 Robert S. Gilmore certified that said exempt provision applied to the Warranty Deed given to him by Raymond William Myers and attached hereto as "Exhibit 1". Said certification being made on the second page of the Warranty Deed.

8. That to the best of Defendants' knowledge and belief Robert S. Gilmore and Daisy C. Gilmore are not related to Raymond William Myers and Shirley Lou Myers.

9. That said transfer of Raymond William Myers' one half interest in the Oil and Gas rights for less than One hundred ($100.00) Dollars proves that the matter in controversy can not be Seventy-five Thousand ($75,000.00) Dollars.

WHEREFORE, Defendants moves this Honorable Court to dismiss the Complaint filed herein for lack of jurisdiction.

## COUNT II

Now comes Defendants, Dale R. Loos and Lynn S. Loos, by their attorney, Robert K. Adrian, and if the Court does not dismiss Plaintiff's Complaint for lack of jurisdiction as prayed in Count I moves in the alternative for the Court to dismiss Count I, II and III of Plaintiff's Complaint on the basis of res judicata and in support thereof states as follows:

1. That Counts I, II, and III of Plaintiff's Complaint all concern the parties rights, duties and responsibilities pursuant to the Oil and Gas Lease entered into between the parties on September 15, 2003 and attached to Plaintiff's Complaint as Exhibit 1.

2. That Defendants obtained a Judgment against Plaintiff in the Circuit Court of the Eighth Judicial Circuit, Adams County, Illinois on November 27, 2006 which determined the Lease to be wholly, null, void and cancelled of record. A copy of said Judgment is attached hereto as "Exhibit 2".

3. That said Judgment is res judicata as to all the relief prayed for by the Plaintiff.

WHEREFORE, Defendants move this Honorable Court to dismiss Counts I, II and III of Plaintiff's Complaint.

                                              DALE R. LOOS AND LYNN S.
                                              LOOS, DEFENDANTS

                                              BY _____
                                                    One of their attorneys

ROBERT K. ADRIAN .
ADRIAN & DUNN, P.C.
806 WCU BUILDING
510 MAINE STREET
QUINCY, ILLINOIS 62301
TELEPHONE: 217-228-0690
FACSIMILE: 217-228-0693
E-MAIL: adpc0690@adams.net



Adams County Clerk/Recorder
Book: 706 Page: 12676
Receipt #: 20020/468
Pages Recorded: 2
Recording Fee: $25.00
Rental Housing Support Program
State Surcharge Pd 12/4/2006
$10.00

Date Recorded: 12/4/2006 9:33:27 AM

## WARRANTY DEED

LABEL-p.2

The Grantors, **RAYMOND WILLIAM MYERS** and **SHIRLEY LOU MYERS**, husband and wife, 3055 S. Nellis Blvd., Apt. 1025, Las Vegas, Nevada 89121, for and in consideration of the sum of Ten and More Dollars, in hand paid, the receipt of which is hereby acknowledged, CONVEYS and WARRANTS to **ROBERT S. GILMORE** and **DAISY C. GILMORE**, husband and wife, as joint tenants with right of survivorship, 325 W. Phillips Court, Grand Prairie, Texas 75051, one-half of all oil, gas and minerals in, upon and under the following described real estate:

The West Half of the Southwest Quarter of Section 23; the East Half of the Southeast Quarter of Section 22 and the Northeast Quarter of Northeast Quarter of Section 27, all in Township 3 South, Range 5 West of the Fourth Principal Meridian.

Situated in ADAMS COUNTY, ILLINOIS.

Grantor hereby releases and waives all right under and by virtue of the Homestead Exemption Laws of this State.

Dated this 25 day of November, 2006.

_____          _____
RAYMOND WILLIAM MYERS                     SHIRLEY LOU MYERS

Exhibit 1

STATE OF NEVADA
COUNTY OF CLARK

I certify that **RAYMOND WILLIAM MYERS** and **SHIRLEY LOU MYERS**, his wife, personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed and delivered the instrument as their free and voluntary act, for the use and purposes therein set forth.

Dated: November 25, 2006

_____
Notary Public

**Return Deed and Send Tax Bill to:**
Robert S. Gilmore
325 W. Phillips Court
Grand Prairie, TX 75051



DOLORES S. RIDDLE
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 06-105309-1
MY APPT. EXPIRES APRIL 4, 2010

**Prepared by:**

**BROWN, HAY & STEPHENS, LLP**
Richard S. Wolters
Registration No. 3122240
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
(217) 544-8491

Exempt under provisions of 35 ILCS 305/4,
Para. E Real Estate Transfer Tax Law.

11/28/06    _____
Date        Buyer, Seller or Representative

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
ADAMS COUNTY, ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | FILED |
| DALE R. LOOS and LYNN S. LOOS, ) | NOV 27 2008 |
| ) | |
| Plaintiffs, ) | Randy E. Frese |
| ) | ILLINOIS, ADAMS CO. |
| Vs. ) | CASE NO. 06-CH-118 |
| ) | |
| DOUBLE EAGLE ENERGY, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Cause comes on for hearing on Plaintiffs' Motion for Default Judgment. Defendant, Double Eagle Energy, Inc., having been served with process by Publication and having failed to appear or answer is hereby found to be in default.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Oil & Gas Lease between Plaintiffs, Dale R. Loos and Lynn S. Loos, and Defendant, Double Eagle Energy, Inc. dated September 15, 2003 for the real estate described as follows:

> The East Half of the Southeast Quarter of Section Twenty-two (22); and the Northeast Quarter of the Northeast Quarter of Section Twenty-seven (27) all in Township Three (3) South of the Base Line in Range

Exhibit 2

Five (5) West of the Fourth Principal Meridian, all situated in Adams County, Illinois;

and recorded in the Office of the Recorder of Deeds in Adams County, Illinois in Book 620 at Page 14958 is ordered to be wholly null and void and cancelled of record.

2. That Plaintiffs are awarded there court costs herein.

Entered: * _Nunc Pro Tunc_, 2006
November 20, 2006
Formal Order
Signed 11/27/06

_____
Judge
Judge Mark A. Schuering

Cc: A&D =
    Def.s =

**CERTIFICATE**
I, RANDY E. FRESE, Clerk of the Circuit Court of the Eighth Judicial Circuit of Illinois, Adams County, do hereby certify that the is a true and complete copy of the Original instrument filed and retained in this office.

WITNESS, November 27, 2006
Randy E. Frese
Clerk of the C.

SEAL   By Jo D. Mauck, Deputy

## PROOF OF SERVICE

Service of the foregoing instrument was made by sending a copy thereof, in a sealed envelope, by First Class United State Mail, postage thereon fully prepaid, addressed to the following:

Elliott M. Hedin
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
Springfield, IL 62705-2459


and depositing the same in the United States Mail from the office of the undersigned this 3rd day of January, 2007.

_____
Lonnie R. Dunn



LONNIE R. DUNN
ADRIAN & DUNN, P.C.
806 WCU BUILDING
510 MAINE STREET
QUINCY, ILLINOIS 62301
TELEPHONE: 217-228-0690