IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DOUBLE EAGLE ENERGY, INC., a Texas corporation registered to do business in Illinois,<br><br>Plaintiff,<br><br>v.<br><br>DALE R. LOOS and LYNN S. LOOS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO: 3:06-cv-03275-RM-BGC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO STRIKE**

NOW COMES Plaintiff, Double Eagle Energy, Inc., by and through its attorneys, Brown, Hay & Stephens, LLP, Scott C. Helmholz and Eliott M. Hedin, and for its Motion to Strike, states as follows:

1.  On January 8, 2007, Defendants filed a Motion to Dismiss Plaintiff's Complaint in the above-captioned case. (d/e 6)

2.  Local Rule 7.1(B) of the United States District Court for the Central District of Illinois provides that, "Every motion raising a question of law ... shall be accompanied by a memorandum of law including a brief statement of the specific points or propositions of law and supporting authorities upon which the moving party relies, and identifying the Rule under which the motion is filed." CDIL-LR 7.1(B).

3.  Defendants failed to submit a memorandum of law or even identify the Rule under which they filed their Motion to Dismiss. The motion appears to be one filed pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6), and Defendants have also attached matters outside of the pleadings.

4.  Plaintiff seeks the relief requested herein to obviate the need to expend time and resources simply to determine the Rule under which Defendants filed their motion.

WHEREFORE, Plaintiff respectfully requests the Court enter an Order Striking the Defendants' Motion to Dismiss and requiring Defendants to re-file the Motion in compliance with the Local Rules of the United States District Court for the Central District of Illinois.

**Double Eagle Energy, Inc., Plaintiff,**

By:   s/ Eliott M. Hedin
**BROWN, HAY & STEPHENS, LLP**
Eliott M. Hedin, Esq.
Registration No: 06273932
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Fax: (217) 241-3111
E-mail: ehedin@bhslaw.com

**BROWN, HAY & STEPHENS, LLP**
Scott C. Helmholz, Esq.
Eliott M. Hedin, Esq.
205 S. Fifth Street, Suite 700
Springfield, IL 62705-2459
(217) 544-8491 telephone
(217) 241-3111 facsimile
shelmholz@bhslaw.com
ehedin@bhslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the **9th** day of **January, 2007**, I electronically filed Plaintiffs' Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Robert K. Adrian, Esq.
Adrian and Dunn, P.C.
510 Maine Street, Suite 806
Quincy, IL 62301

By:   s/ Eliott M. Hedin
**BROWN, HAY & STEPHENS, LLP**
Eliott M. Hedin, Esq.
Registration No: 06273932
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459

1/9/2007\crsF:\WORD\ELIOTT\DEE\FEDERAL\motiontostrike010907.doc

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DOUBLE EAGLE ENERGY, INC., a Texas corporation registered to do business in Illinois<br><br>Plaintiff,<br><br>v.<br><br>DALE R. LOOS and LYNN S. LOOS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO: 3:06-cv-03275-RM-BGC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

THIS MATTER comes before the Court on Plaintiff's Motion to Strike Defendants' Motion to Dismiss. The Court finds that Defendants' Motion to Dismiss fails to comply with CDIL-LR 7.1(B), and therefore, it is

ORDERED that Plaintiff's Motion to Strike Defendants' Motion to Dismiss filed January 9, 2007 (d/e 7) is **ALLOWED** and Defendants' Motion to Dismiss is hereby stricken with leave to re-file by January __, 2007.

ENTERED: _____, 2007.

FOR THE COURT:

_____
UNITED STATES DISTRICT JUDGE

1/9/2007\crsF:\WORD\ELIOTT\DEE\FEDERAL\ProposedOrder010907.doc