E-FILED
Friday, 19 January, 2007 02:46:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DOUBLE EAGLE ENERGY, INC., a Texas corporation registered to do business in Illinois | )<br>)<br>)<br>) |
| Plaintiff, | ) CASE NO: 3:06-cv-03275-RM-BGC |
| v. | )<br>) |
| DALE R. LOOS and LYNN S. LOOS, | )<br>) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff, Double Eagle Energy, Inc., by and through its attorneys, Brown, Hay & Stephens, LLP, Scott C. Helmholz and Eliott M. Hedin, and for its Motion for Extension of Time to respond to Defendants' Motion to Dismiss, states as follows:

1. On November 20, 2007, Plaintiff filed its Complaint For Declaratory And Injunctive Relief And Damages (d/e 1).

2. On January 5, 2007, Defendants filed their 3-page Motion to Dismiss (d/e 6) (entered on January 8, 2007).

3. On January 9, 2007, Plaintiff filed a Motion to Strike the Motion to Dismiss for Defendants' failure to comply with CDIL-LR 7.1(B) (d/e 7). Defendants' motion failed to identify the Rule under which they filed their Motion to Dismiss and failed to submit a memorandum of law in support of their motion. As of today's date, the motion to strike is still pending.

4. Due to scheduling conflicts, counsel for Plaintiff has been unable to meet and confer with his client regarding the response to the Motion to Dismiss and has been unable to

conduct the necessary research to address all issues in the Motion to Dismiss prior to the deadline for filing a response.

5. Plaintiff requests an additional six (6) days to file a response to the Motion to Dismiss, which would extend the deadline up to and including January 25, 2007.

6. No party would be prejudiced by granting this request, but Plaintiff would be prejudiced by a denial of this motion for extension of time.

7. Counsel for Plaintiff attempted to contact counsel for Defendants, but was unable to reach him prior to filing this motion.

WHEREFORE, Plaintiff, Double Eagle Energy, Inc. requests that the Court grant its Motion for Extension of Time and allow Plaintiff, Double Eagle Energy, Inc. to file its response to Defendants' Motion to Dismiss on or before January 25, 2007.

**Respectfully submitted,**

**Double Eagle Energy, Inc., Plaintiff,**

Date:  **January 19, 2007**

By:  **s/ Eliott M. Hedin**
**BROWN, HAY & STEPHENS, LLP**
Eliott M. Hedin, Esq.
Registration No: 06273932
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Fax: (217) 241-3111
E-mail: ehedin@bhslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the **9th** day of **January, 2007**, I electronically filed Plaintiffs' Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

>Robert K. Adrian, Esq.
>Adrian and Dunn, P.C.
>510 Maine Street, Suite 806
>Quincy, IL 62301

>**By:   s/ Eliott M. Hedin**
>**BROWN, HAY & STEPHENS, LLP**
>Eliott M. Hedin, Esq.
>Registration No: 06273932
>205 S. Fifth Street, Suite 700
>P.O. Box 2459
>Springfield, IL 62705-2459

1/19/2007\crsF:\WORD\ELIOTT\LOOS\FEDERAL\motforextoftime\FINAL.doc

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DOUBLE EAGLE ENERGY, INC., a Texas corporation registered to do business in Illinois )<br><br>Plaintiff, )<br><br>v. )<br><br>DALE R. LOOS and LYNN S. LOOS, )<br><br>Defendants. ) | CASE NO: 3:06-cv-03275-RM-BGC |

**ORDER**

THIS MATTER comes before the Court on Plaintiff Double Eagle Energy, Inc's <u>Motion For Extension of Time</u> to Respond to Defendants' Motion to Dismiss. The Court finds that no party will be prejudiced by granting the requested extension, and therefore, it is

ORDERED that Plaintiff Double Eagle Energy, Inc's Motion for Extension of Time is **ALLOWED**, and Plaintiff shall have up to and including January 25, 2007 to file a response to Defendants' Motion to Dismiss.


ENTERED:_____, 2007.


FOR THE COURT:



_____
UNITED STATES DISTRICT JUDGE