IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DOUBLE EAGLE ENERGY, INC., a Texas )
corporation registered to do business )
in Illinois )
 )
    Plaintiff, ) CASE NO: 3:06-cv-03275-RM-BGC
 )
v. )
 )
DALE R. LOOS and LYNN S. LOOS, )
 )
    Defendants. )

## PROPOSED DISCOVERY PLAN

NOW COMES Plaintiff, Double Eagle Energy, Inc., by and through its attorneys, Brown, Hay & Stephens, LLP, Scott C. Helmholz and Eliott M. Hedin, and proposes the following discovery plan upon consultation with opposing counsel of record:

1. Initial disclosures under Rule 26 to be made by May 18, 2007.

2. No motions to join other parties or amended pleadings to be filed after July 20, 2007.

3. Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by September 25, 2007.

4. Defendants are required to provide Rule 26 expert reports by November 5, 2007.

5. The parties have until September 5, 2007 to complete fact discovery.

6. The parties have until December 5, 2007 to complete expert discovery.

7. The parties have until January 5, 2008 to file dispositive motions.

8. The parties do not anticipate discovery of electronically stored information, however, should such an issue arise in the future, the parties agree to meet and confer and agree on a production process for electronically stored information. In the event the parties are

unable to agree to such a process, each party will submit competing proposals for electronic discovery. The parties have until June 1, 2007 to complete electronic discovery.

                                                **Double Eagle Energy, Inc., Plaintiff,**

Date:  April 30, 2007                By:    s/ Eliott M. Hedin
                                                **BROWN, HAY & STEPHENS, LLP**
                                                Eliott M. Hedin, Esq.
                                                Registration No:  06273932
                                                205 S. Fifth Street, Suite 700
                                                P.O. Box 2459
                                                Springfield, IL  62705-2459
                                                Telephone: (217) 544-8491
                                                Fax: (217) 241-3111
                                                E-mail:  ehedin@bhslaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2007, I electronically filed Proposed Discovery Plan with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

    Robert K. Adrian, Esq.
    Adrian and Dunn, P.C.
    510 Maine Street, Suite 806
    Quincy, IL  62301

    By:    s/ Eliott M. Hedin
    BROWN, HAY & STEPHENS, LLP
    Eliott M. Hedin, Esq.
    Registration No:  06273932
    205 S. Fifth Street, Suite 700
    P.O. Box 2459
    Springfield, IL  62705-2459

4/30/2007\crsF:\WORD\ELIOTT\DEE\FEDERAL\Propdiscplan0\41907.doc