**E-FILED**
Monday, 14 May, 2007  10:07:51 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **DOUBLE EAGLE ENERGY, INC., a Texas Corporation registered to do business in Illinois,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **Vs.** | ) ) | **CASE NO. 06-3275** |
| **DALE R. LOOS AND LYNN S. LOOS,** | ) ) | |
| **Defendants.** | ) | |

**<u>RESPONSE TO PLAINTIFF'S RULE 11 MOTION FOR SANCTIONS</u>**

Now comes Defendants, Dale R. Loos and Lynn S. Loos, by and through their attorneys, Adrian & Dunn, P.C., Robert K. Adrian, and in response to Plaintiff's Rule 11 Motion for Sanctions states as follows:

1. That Plaintiff at all relevant times hereto was a resident of the State of Texas.

2. That at the time suit was filed by Defendants in Cause Number 06-CH-118 in the Circuit Court of the Eighth Judicial Circuit, Adams County, Illinois, the Plaintiff was not registered to do business in the State of Illinois.

3. That the lawsuit in Adams County concerned real estate and since Plaintiff was a resident of the State of Texas service by publication was appropriate pursuant to 735 ILCS 5/2-206.

4. That at the time the lawsuit was filed attorney, Scott C. Helmholz of Brown, Hay & Stephens, LLP, contended that his firm did not represent the Plaintiff.

5. That at the time the lawsuit was filed the documents recorded at the Recorder of Deeds Office, Adams County, Illinois, which contained Plaintiff's name had Plaintiff's address as 3308 Preston Road, Suite 272, Plano, TX 75093.

6. That the same address was contained on documents sent by Plaintiff's attorneys to Defendants' attorney.

7. That pursuant to 735 ILCS 5/2-206 an Affidavit was required to be filed stating the place of residence of the out of state Defendants on who service by publication was to be effectuated.

8. That at the time the lawsuit was filed Plaintiff's attorney believed Plaintiff's residence was 3308 Preston Road, Suite 272, Plano, TX 75093, the same address used on the Affidavit.

9. That the above address was not at the time the current residence of the Plaintiff.

10. That Plaintiff argued in the state Court that Defendants' attorney should have known or determined the correct address because Defendants' attorney received an unsolicited e-mail from a Robert Gilmore which contained a Lease as an attachment which also contained the current address of Plaintiff.

11. That Defendants' attorney does not remember ever receiving the e-mail nor did the Defendants' attorney realize that said Lease have a different address for the Plaintiff.

12. That said Affidavit while incorrect was not intentionally false.

13. That said Affidavit was provided in the Circuit Court of the Eight Judicial Circuit, Adams County, Illinois, and if sanctions are appropriate, which Defendants deny, proceedings for sanctions should be prosecuted in that Court.

WHEREFORE, Defendants pray this Honorable Court to deny Plaintiff's Rule 11

Motion for Sanctions.

                                                   /s/ Dale R. Loos
                                              Dale R. Loos

                                                  /s/ Lynn S. Loos
                                              Lynn S. Loos

                                              ADRIAN & DUNN, P.C.

                                            BY   /s/ Robert K. Adrian
                                                   One of their attorneys

ROBERT K. ADRIAN  .
ADRIAN & DUNN, P.C.
806 WCU BUILDING
510 MAINE STREET
QUINCY, ILLINOIS 62301
TELEPHONE: 217-228-0690
FACSIMILE: 217-228-0693
E-MAIL: adpc0690@adams.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of May, 2007, I electronically filed a Response to Plaintiff's Rule 11 Motion for Sanctions with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Eliott M. Hedin
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
PO Box 2459
Springfield, IL 62705-2459

BY _/s/ Robert K. Adrian_____
Adrian & Dunn, P.C.
Robert K. Adrian
806 WCU Building
510 Maine Street
Quincy, IL 62301