IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DOUBLE EAGLE ENERGY, INC., a Texas corporation registered to do business in Illinois      ) ) ) ) | |
| Plaintiff,      ) | CASE NO: 3:06-cv-03275-RM-BGC |
| ) | |
| v.      ) | |
| ) | |
| DALE R. LOOS and LYNN S. LOOS,      ) | |
| ) | |
| Defendants.      ) | |

AGREED MOTION FOR STAY

NOW COMES Plaintiff, Double Eagle Energy, Inc., by and through its attorneys, Brown, Hay & Stephens, LLP, Scott C. Helmholz and Eliott M. Hedin, and Defendants, Dale R. Loos and Lynn S. Loos, by and through their attorney, Robert K. Adrian, and for their Agreed Motion to Stay this case, states as follows:

1. On November 20, 2007, Plaintiff filed its Complaint For Declaratory And Injunctive Relief And Damages (d/e 1).

2. In or about February 2007, Defendants in this case served summons on Plaintiffs in this case of a Complaint filed in the state court proceeding captioned, *Dale R. Loos and Lynn S. Loos v. Double Eagle Energy*, Inc., Case No. 06-CH-118, filed in the Circuit Court of the Eighth Judicial District, Adams County, Illinois (hereinafter referred to as the "State Court Action."

3. Both the case at bar and the State Court Action involve similar parties and issues.

4. The parties both agree that the case at bar should be stayed pending resolution of the State Court Action, which may also dispose of the case at bar.

5. No party would be prejudiced by granting this request, and the relief sought herein furthers the economic administration of justice.

6. The parties will submit a status report to this Court within 120 days of the entry of an Order granting this motion to stay.

WHEREFORE, Plaintiff, Double Eagle Energy, Inc., and Defendants, Dale R. Loos and Lynn S. Loos, request that the Court grant this Agreed Motion for Stay and for such other and appropriate relief.

**Respectfully submitted,**

**Double Eagle Energy, Inc., Plaintiff,**

Date: October 1, 2007

| | |
|---|---|
| By: s/ Eliott M. Hedin<br>**BROWN, HAY & STEPHENS, LLP**<br>Eliott M. Hedin, Esq.<br>Registration No: 06273932<br>205 S. Fifth Street, Suite 700<br>P.O. Box 2459<br>Springfield, IL 62705-2459<br>Telephone: (217) 544-8491<br>Fax: (217) 241-3111<br>E-mail: ehedin@bhslaw.com | By: s/Robert A. Adrian<br>**ADRIAN and DUNN, P.C.**<br>Robert A. Adrian<br>510 Maine Street<br>Suite 806<br>Quincy, IL 62301<br>Telephone: (217) 228-0690<br>Fax: (217) 228-0693<br>Email: adpc0690@adams.net |

## CERTIFICATE OF SERVICE

I hereby certify that on the **4th** day of **October, 2007**, I electronically filed the Parties' Agreed Motion for Stay with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

>Robert K. Adrian, Esq.
>Adrian and Dunn, P.C.
>510 Maine Street, Suite 806
>Quincy, IL  62301

>**By:    s/ Eliott M. Hedin**
>**BROWN, HAY & STEPHENS, LLP**
>Eliott M. Hedin, Esq.
>Registration No:  06273932
>205 S. Fifth Street, Suite 700
>P.O. Box 2459
>Springfield, IL  62705-2459

10/4/2007\crsF:\WORD\ELIOTT\LOOS\FEDERAL\mott\ostay.doc