IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DOUBLE EAGLE ENERGY, INC., a Texas corporation registered to do business in Illinois, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 06-3275 |
| DALE R. LOOS and LYNN S. LOOS, | ) ) | |
| Defendants. | ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the parties' agreed motion to stay this case.

In support of their motion, the parties state that this case should be stayed pending resolution of a related State Court action. The parties have agreed to submit a status report within 120 days of the entry of the Order granting the motion to stay. For good cause shown, the Court will grant the

1

motion.

Ergo, the agreed motion to stay [d/e 16] is ALLOWED.  The parties will submit a status report within 120 days of the entry of this Order.

ENTER: October 15, 2007

>FOR THE COURT:

>s/Richard Mills
>United States District Judge