E-FILED
Friday, 28 March, 2008  03:54:08 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DOUBLE EAGLE ENERGY, INC., a Texas corporation registered to do business in Illinois, | ) ) ) ) |
| Plaintiff, | ) CASE NO: 3:06-cv-03275-RM-BGC ) |
| v. | ) ) ) |
| DALE R. LOOS and LYNN S. LOOS, | ) ) |
| Defendants. | ) |

## JOINT STATUS REPORT

NOW COMES Plaintiff, Double Eagle Energy, Inc., by and through its attorneys, Brown, Hay & Stephens, LLP, and Eliott M. Hedin, and Defendants, Dale R. Loos and Lynn S. Loos, by and through their attorney, Robert K. Adrian, and for the parties' Joint Status Report, states as follows:

1. On November 20, 2006, Plaintiff filed its <u>Complaint For Declaratory And Injunctive Relief And Damages</u> (d/e 1).

2. On October 15, 2007, this Court granted the parties Agreed Motion for Stay the case at bar pending resolution of a related state court action. (d/e 17)

3. A three-day bench trial of the state court action is scheduled for May 7-9, 2008.

4. The undersigned believe the impending trial of the state court action and the resolution of that case may dispose of the issues remaining before this Court.

5. The parties hereby renew their request for a short stay though the conclusion of the state court trial setting and associated rulings.

6. No party would be prejudiced by granting this request, and the relief sought herein furthers the economic administration of justice.

7. The parties will submit a status report to this Court within 30 days of the entry of a judgment by the state court following the May trial setting.

WHEREFORE, Plaintiff, Double Eagle Energy, Inc., and Defendants, Dale R. Loos and Lynn S. Loos, request that the Court continue the Stay entered on October 15, 2007, and for such other and appropriate relief.

Respectfully submitted,

Date: March 28, 2008

By: s/ Eliott M. Hedin
BROWN, HAY & STEPHENS, LLP
Eliott M. Hedin, Esq.
Registration No: 06273932
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
Telephone: (217) 544-8491
Fax: (217) 241-3111
E-mail: ehedin@bhslaw.com

By: s/Robert A. Adrian
ADRIAN and DUNN, P.C.
Robert A. Adrian
510 Maine Street
Suite 806
Quincy, IL  62301
Telephone: (217) 228-0690
Fax: (217) 228-0693
Email: adpc0690@adams.net

3/28/2008\crs\F:\WORD\ELIOTT\LOOS\FEDERAL\jointstatus.doc

## CERTIFICATE OF SERVICE

I hereby certify that on the **28th** day of **March 2008**, I electronically filed the Parties' Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

> Robert K. Adrian, Esq.
> Adrian and Dunn, P.C.
> 510 Maine Street, Suite 806
> Quincy, IL 62301

> **By:** s/ **Eliott M. Hedin**
> **BROWN, HAY & STEPHENS, LLP**
> Eliott M. Hedin, Esq.
> Registration No: 06273932
> 205 S. Fifth Street, Suite 700
> P.O. Box 2459
> Springfield, IL 62705-2459