IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DOUBLE EAGLE ENERGY, INC., a Texas corporation registered to do business in Illinois, | ) ) ) ) ) |
| Plaintiff, | ) CASE NO: 3:06-cv-03275-RM-BGC ) |
| v. | ) ) |
| DALE R. LOOS and LYNN S. LOOS, | ) ) |
| Defendants. | ) |

## JOINT STIPULATION TO DISMISS

NOW COMES Plaintiff, Double Eagle Energy, Inc., by and through its attorneys, Brown, Hay & Stephens, LLP, and Eliott M. Hedin, and Defendants, Dale R. Loos and Lynn S. Loos, by and through their attorney, Robert K. Adrian, and for the parties' Joint Stipulation to Dismiss, state as follows:

1. On November 20, 2006, Plaintiff filed its <u>Complaint For Declaratory And Injunctive Relief And Damages</u> (d/e 1).

2. On October 15, 2007, this Court granted the parties Agreed Motion for Stay the case at bar pending resolution of a related state court action. (d/e 17)

3. On April 2, 2008, this Court continued the stay and ordered the parties to file a status report within 30 days of the state court entering judgment.

4. The parties subsequently reached a settlement of all issues, and the state court entered a judgment dismissing the state court action with prejudice on June 2, 2008.

5. Consistent with the parties settlement and dismissal of the state court action, the parties also seek dismissal with prejudice of the instant case.

WHEREFORE, Plaintiff, Double Eagle Energy, Inc., and Defendants, Dale R. Loos and Lynn S. Loos, request that the Court dismiss this case with prejudice.

**Respectfully submitted,**

Date: **June 19, 2008**

| | | | |
|---|---|---|---|
| By: | s/ Eliott M. Hedin<br>**BROWN, HAY & STEPHENS, LLP**<br>Eliott M. Hedin, Esq.<br>Registration No: 06273932<br>205 S. Fifth Street, Suite 700<br>P.O. Box 2459<br>Springfield, IL 62705-2459<br>Telephone: (217) 544-8491<br>Fax: (217) 241-3111<br>E-mail: ehedin@bhslaw.com | By: | s/Robert A. Adrian<br>**ADRIAN and DUNN, P.C.**<br>Robert A. Adrian<br>510 Maine Street<br>Suite 806<br>Quincy, IL 62301<br>Telephone: (217) 228-0690<br>Fax: (217) 228-0693<br>Email: adpc0690@adams.net |

### CERTIFICATE OF SERVICE

I hereby certify that on the **20th** day of **June, 2008**, I electronically filed the parties' Joint Stipulation to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

> Robert K. Adrian, Esq.
> Adrian and Dunn, P.C.
> 510 Maine Street, Suite 806
> Quincy, IL 62301

By:  s/ Eliott M. Hedin
**BROWN, HAY & STEPHENS, LLP**
Eliott M. Hedin, Esq.
Registration No: 06273932
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459